UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JISEI NITAIRA, d/b/a as MIKI JAPANESE RESTAURANT, and CALI INVESTMENTS, L.P.<br><br>　　　　　　Defendants. | Case No.  1:21-cv-01216-HBK<br><br>ORDER GRANTING MOTION TO SET ASIDE DEFAULT<br><br>(Doc. No.  20)<br><br>ORDER TO FILE NOTICE CONFIRMING OR SEEKING MODIFICATION TO CMSO DEADLINES and ORDER TO NITAIRA TO RETURN CONSENT/DECLINE JURISDICTION FORM<br><br>August 8, 2022 Deadline |

　　　　Pending before the Court is the stipulated motion to set aside a clerk's default entered against Defendant Jisei Nitaira d/b/a Miki Japanese Restaurant ("Nitaira") filed by Plaintiff Darren Gilbert and Defendant Nitaira on July 7, 2022.  (Doc. No. 20).  The parties jointly request the Court to set aside the clerk's default entered against Nitaira on September 28, 2021 (Doc. No. 6) and permit Defendant Nitaira to file an answer.  (*Id.* at 1).  Defendant Nitaira filed an Answer to Plaintiff's Complaint on July 7, 2022.  (Doc. No. 21).

　　　　Accordingly, it is **ORDERED**:

　　　　1.　　The parties' stipulated motion to set aside the clerk's default (Doc. No. 20) is GRANTED.

2. The Clerk shall set aside the Clerk's Entry of Default entered on September 28, 2021 against Defendant Jisei Nitaira, d/b/a Miki Japanese Restaurant (Doc. No. 6).

3. On April 28, 2022, the Court issued a Case Management and Scheduling Order (Doc. No. 17, "CMSO") and set this case for a Settlement Conference before the Honorable Erica P. Grojean for October 11, 2022.  **No later than August 8, 2022** the parties shall file a Notice with the Court to confirm the deadlines or seek any modifications to the deadlines in the CMSO, including whether this matter is to proceed to the October 11, 2002 settlement conference.

4. Defendant Nitaira shall return the Consent or Decline to Consent Form provided with the civil new case documents issued on August 12, 2021 (Doc. No. 3-3) **no later than August 8, 2022** in order that this matter may proceed before the undersigned or be randomly assigned to a district judge.

Dated:  July 18, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2